# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| DUKE ENERGY CAROLINAS, LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> FRANK DELORENZO, <br><br> DEFENDANT. | C.A. No.: 5:25-cv-00146-KDB-SCR <br><br> **MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT, FRANK DELORENZO** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff, Duke Energy Carolinas, LLC ("Plaintiff"), moves the Court for an Entry of Default against Defendant, Frank DeLorenzo ("Defendant"), in the above-captioned case. In support of the Motion, Plaintiff shows the following to the Court:

1. The Summons[1] and Complaint were filed with the Court on September 12, 2025 (both documents are attached and incorporated as **Exhibit 1**) and served upon Defendant on September 23, 2025. (J. Larue Aff., attached hereto as **Exhibit 2**).

2. The Summons includes statements informing Defendant that if Defendant failed to serve on Plaintiff an answer or motion under Rule 12 of the Federal Rules of Civil Procedure within twenty-one (21) days after service of the Summons and Complaint, then judgment by default would be entered against Defendant for the relief demanded in the Complaint.

3. More than twenty-one (21) days have passed since the service of the Summons and Complaint upon Defendant, and no written Answer, motion, or other responsive pleadings have

---

[1] Plaintiff filed the Summons on September 12, 2025, and it was issued by the Court on September 15, 2025.

been filed, or served, by, or on behalf of, Defendant, and Defendant is now, and has been, in default.

**THEREFORE**, Plaintiff moves the Court for an Entry of Default in favor of Duke Energy Carolinas, LLC, for the relief sought in Plaintiff's Complaint and to which Defendant is in default.

Respectfully submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

/s/ Joshua D. Spencer
Joshua D. Spencer, N.C. Bar No. 50216
jspencer@hsblawfirm.com
One North Main Street, 2nd Floor (29601)
Post Office Box 2048
Greenville, South Carolina 29602-2048
Phone: (864) 240-3200
Fax: (864) 240-3300

*Attorneys for Plaintiff,*
*Duke Energy Carolinas, LLC*

October 23, 2025
Greenville, South Carolina