# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## Case Number 5:25-CV-00146-KDB-SCR

| | |
|---|---|
| Duke Energy Carolinas, LLC )<br>**Plaintiff** )<br>)<br>Vs. )<br>)<br>Frank DeLorenzo )<br>**Defendant** ) | **ENTRY OF DEFAULT** |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Frank DeLorenzo.

IT APPEARING TO THE COURT that the named Frank DeLorenzo is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Frank DeLorenzo.

October 27, 2025

_____
Katherine Hord Simon, Clerk
United States District Court